## YOUNG WASHINGTON V. THE STATE.

No. 19218.   Delivered November 17, 1937.

The opinion states the case.

*Joe Bailey Humphreys,* of Crockett, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is rape; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.   In the absence of the evidence which was adduced in the trial court we are unable to appraise the matters presented in the motion for new trial.

No error having been perceived or pointed out, the judgment is affirmed.

*Affirmed.*